## SUMMERL'S ADMINISTRATORS v. DAUPHIN'S ADMINISTRATORS.

High Court of Errors and Appeals. August, 1814.

*Clayton's Notebook, 184.*

Rodney, *arguendo,* cited the case of *Rodney v. Cummins, tempore* Chief Justice Read, in which the defendant pleaded the Act of Limitations. Cummins on the day of the trial made some admissions respecting the debt to one Smith, who being produced to prove them, the evidence was objected to on the ground that they were made after plea pleaded.

*Sed per* CHIEF JUSTICE. That can make no manner of difference. The evidence is clearly admissible. *Vide, Yea v. Fouraker,* 2 Burr. 1099, 1 Dall. 65.